```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60243-CR-ZLOCH
```

UNITED STATES OF AMERICA,

  Plaintiff,

vs.                **O R D E R**

JERAMON M. CAMPBELL,

  Defendant.
_____/

  THIS MATTER is before the Court upon the Report And Recommendation (DE 10) filed herein by United States Magistrate Judge Lurana S. Snow.  No objections have been filed to said Report.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

  Accordingly, after due consideration, it is

  **ORDERED AND ADJUDGED** that the Report And Recommendation (DE 10) filed herein by United States Magistrate Judge Lurana S. Snow, be and the same is hereby approved, ratified and adopted by the Court.

  **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___6th___ day of January, 2009.


                _/s/ William J. Zloch_
                WILLIAM J. ZLOCH
                United States District Judge

Copies furnished:

The Honorable Lurana S. Snow
United States Magistrate Judge

All Counsel of Record